USCA1 Opinion

 

 October 4, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1232 DOMONIC SANTINI, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Domonic Santini on brief pro se. _______________ Jorge E. Pacheco, Acting United States Attorney, Jose A. Quiles _________________ _______________ Espinosa, Senior Litigation Counsel, and Edwin O. Vazquez, Assistant ________ _________________ U.S. Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Pro se prisoner Domonic Santini appeals a __________ ___ __ district court order that summarily denied his motion for relief from his sentence under 28 U.S.C. 2255. We have thoroughly reviewed the record and the parties' briefs on appeal and conclude that the motion was properly dismissed for the reasons stated in the district court's order. We add that we find Santini's claims for sentencing relief to be patently meritless. Accordingly, the judgment of the district court is affirmed. See Barrett v. United States, ________ ___ _______ _____________ 965 F.2d 1184, 1195 (1st Cir. 1992)(summary dismissal is proper where 2255 claims are inadequate on their face). -2-